385 P.2d 278.

Decided August 20, 1963.

PER CURIAM.

Petition for issuance of writ of certiorari or other suitable writ.

The writ is denied and the proceeding is dismissed.

No. 10599. THE STATE OF MONTANA on Relation of DALLAS G. ALLEN, PETITIONER AND RELATOR, v. THE DISTRICT COURT of the Third Judicial District of the State of Montana, and The HONORABLE SID G. STEWART, Judge Presiding, RESPONDENTS.

385 P.2d 278.

Decided May 29, 1963.

PER CURIAM.

614

Petition for appropriate writ in civil cause now pending in the district court of Deer Lodge County.

It appearing that an appeal is provided by statute from the ruling complained of, and that such remedy would be adequate under the situation here presented;

It is ordered that the petition be denied and the proceeding be dismissed.